United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN GAVIN AND DOES 1-10, | No. C 12-05864 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| PARK MERCED INVESTORS PROPERTIES LLC, and DOES 1-149, inclusive, | |
| Defendants. | |

Plaintiff has filed an *ex parte* application for the return of her housing choice voucher and the personal property taken from 22 Grijalva Drive. Until defendants have been served in this matter, the Court can take no action on this application. Plaintiff is directed to refine the list of named defendants to a manageable number of those intimately associated with this action. Should plaintiff wish to seek a Temporary Restraining Order on defendants to seek such relief, she must so request and serve that request on defendants. Once service is effectuated, this matter may be considered in due course.

IT IS SO ORDERED.

Dated: 12/12/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. Cv 12-05864 RS
ORDER