IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN GAVIN AND DOES 1-10, | No. C 12-05864 RS |
| Plaintiffs, | **ORDER REQUIRING RESPONSE** |
| v. | |
| PARK MERCED INVESTORS PROPERTIES LLC, et al., | |
| Defendants. | |

Plaintiff has filed an *ex parte* application for the return of her Section 8 housing voucher and the personal property taken from 22 Grijalva Drive. This application shall be treated as a motion for a Temporary Restraining Order. Accordingly, defendants are directed to respond to this motion no later than **Tuesday, March 5, 2013**. Plaintiff is advised that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782-9000 x8657, or signing up for an appointment on the 15th floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.

IT IS SO ORDERED.

Dated: 2/28/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. Cv 12-05864 RS
ORDER