IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN GAVIN AND DOES 1-10, | No. C 12-05864 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| PARK MERCED INVESTORS PROPERTIES LLC, and DOES 1-149, inclusive, | |
| Defendants. | |

Plaintiff has again filed an *ex parte* application for the return of her property and a check for $2,000 to cover various costs she has incurred. While untimely, this application will be treated as an opposition to the pending motions to dismiss. Defendants are therefore directed to file any reply no later than March 27, 2013. The motions to dismiss will then be taken under submission pursuant to Civil Local Rule 7-1(b) and decided without oral argument. The motion hearing scheduled for April 11, 2013 is hereby vacated.

IT IS SO ORDERED.

Dated: 3/21/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. Cv 12-05864 RS
ORDER

*United States District Court*
For the Northern District of California