<div style="text-align: center;">

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

</div>

BABUDEKE HAMBOLU, and
LYNN GAVIN,

    Plaintiffs,

 v.

FCOF PM EQ, LLC, et al.,

    Defendants.

LYNN GAVIN,

    Plaintiff,

 v.

SAN FRANCISCO HOUSING AUTHORITY, et al.,

    Defendants,

No. C 15-02780 JSW
No. C 15-04097 JSW

**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

On September 15, 2015, this Court issued an Order relating *Gavin v. San Francisco Housing Authority*, *et al.*, 15-CV-4097 to *Hambolu V. FCOF PM, EQ, LLC*, *et al.,* 15-CV-2780. In the course of reviewing Ms. Gavin's latest case, it has come to the Court's attention that the above captioned cases may be related to earlier cases that Ms. Gavin has filed against many of the same defendants.

Accordingly, pursuant to Northern District Civil Local Rule 3-12(c1), the above captioned cases are HEREBY REFERRED to the Honorable Richard Seeborg to determine if they are related to: *Gavin v. Murphy, et al.*, 12-CV-5864-RS, *Gavin, et al., v. FCOF PM, EQ, LLC, et al.,* 14-CV-

Case 3:12-cv-05864-RS   Document 65   Filed 09/15/15   Page 2 of 2

4582-RS, *Gavin, et al., v. Board of Supervisors*, 14-CV-4583-RS, and *Hambolu, et al., v. San Francisco Housing Authority, et al.,* 14-CV-4975-RS.

**IT IS SO ORDERED.**

Dated: September 15, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Judge Richard Seeborg

2